IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAAC KENNETH FULLMAN, | : | Civil Action No. 4:14-CV-1740 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| THOMAS KING KISTLER, *et. al.,* | : | |
| | : | |
| | : | |
| Defendants. | : | |

**ORDER**

December 3, 2014

The undersigned has given full and independent consideration to the
September 9, 2014 report and recommendation of Chief Magistrate Judge Martin
C. Carlson. ECF No. 5.

Judge Carlson's analysis is thorough; the Court will adopt the report and
recommendation in its entirety.   Plaintiff's complaint will be dismissed with
prejudice.

Plaintiff also sent a letter, ECF No. 7, requesting counsel, which is denied as
moot, as this action is being dismissed.  He also requested the form for petition of
writ of habeas corpus pursuant to 28 U.S.C. § 2254, this request was previously
granted within the context of another of his cases, 4:14-CV-1739.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.    The September 9, 2014 report and recommendation of Magistrate Judge Martin C. Carlson is ADOPTED.  ECF No. 5.

2.    The complaint is dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

3.    The clerk is directed to close the case file.

BY THE COURT:


s/ Matthew W. Brann
Matthew W. Brann
United States District Judge